UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUZHONG LI; and YANJING HUANG,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>et al.,<br><br>  Defendants. | C21-1200 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed the Joint Status Report of the parties, docket no. 6, and Defendants' motion to dismiss, docket no. 7. The parties are DIRECTED to address in the Plaintiffs' response and the Defendants' reply to docket no. 7, whether the Court should enter a stay in this case until the agency acts on the subject applications.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1